UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 22-CR-10195-ADB |
| | ) | |
| RAVOUTH CHHOY, | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

**BURROUGHS, D.J.**

WHEREAS, on August 3, 2022, this Court issued a Preliminary Order of Forfeiture against the following property, in connection with the charges against the defendant Ravouth Chhoy (the "Defendant"), pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

(a) $2,301 in U.S. Currency seized on around April 14, 2022;

(b) $25,000 in U.S. Currency seized on or around April 14, 2022; and

(c) A Ruger 380 pistol.

(Collectively, the "Currency and Firearm");

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on October 31, 2023 and ending on November 29, 2023;

WHEREAS, no claims of interest in the Currency and Firearm have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired;

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.


2. The United States of America is now entitled to the forfeiture of all rights, title or interests in the Currency and Firearm, which are hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any rights, title or interests in the Currency and Firearm are hereby held in default.

4. The United States is hereby authorized to dispose of the Currency and Firearm in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**ALLISON D. BURROUGHS**
United States District Judge

Dated: 3/6/2025

**Certified to be a true and correct copy of the original**
**Robert M. Farrell, Clerk**
**U.S. District Court**
**District of Massachusetts**
**By:**
**Deputy Clerk**

**Date:** 03/06/2025